**NICK PACHECO LAW GROUP, APC**
NICK PACHECO, ESQ.  (SBN 173391)
15501 San Fernando Mission Blvd., Suite 110
Mission Hills, CA 91345
Telephone No.: (888)-888-8641
Facsimile No.: (800)-210-0028

Attorney for Defendant
**Rosalba Ramirez**

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNA

| | |
|---|---|
| **ROSALBA RAMIREZ**, an individual, | Case No.:  11-cv-00985-TEH |
| Plaintiff, | [~~PROPOSED~~] ORDER FOR VOLUNTARY DISMISSAL WITHOUT PREJUDICE PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(a)(1) |
| vs. | |
| **WELLS FARGO BANK, N.A**., also known as Wachovia Mortgage, a division of Wells Fargo Bank, N.A., formerly known as Wachovia Mortgage, FSB, formerly known as World Savings Bank, FSB; **ETS SERVICES, LLC; SIMONICH CORPORATION dba BWC MORTGAGE SERVICES,** a business entity form unknown and **DOES 1 through 100 Inclusive.** | Hon. Thelton E. Henderson

Action Filed: Dec. 15, 2010 |
| Defendants. | |

---

1
**[PROPOSED] ORDER FOR VOLUNTARY DISMISSAL WITHOUT PREJUDICE PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(a)(1)**

1 THIS MATTER came before the Court to be considered.  The Court accepts the request and finds that the case should be dismissed.

IT IS THEREFORE ORDERED the case be dismissed without prejudice.

Dated: __03/16/2011__



H_____on
Judge Thelton E. Henderson

**[PROPOSED] ORDER FOR VOLUNTARY DISMISSAL WITHOUT PREJUDICE PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(a)(1)**